31630. VOWELL et al. v. CARMICHAEL et al.

PER CURIAM.

For earlier decisions in this same case see *Vowell v. Carmichael*, 235 Ga. 387 (219 SE2d 732) (1975) and *Vowell v. Carmichael*, 235 Ga. 410 (219 SE2d 735) (1975).

On this appeal appellants enumerate error upon orders of the trial court dated July 23 and August 4, 1976. Those enumerations of error are without merit.

*Judgment affirmed. All the Justices concur.*

ARGUED OCTOBER 12, 1976 — DECIDED OCTOBER 26, 1976.

*Elsie H. Griner, J. Laddie Boatright,* for appellants.
*Perry, Walters, Lippitt & Custer, Holcombe H. Perry, Jr.,* for appellees.